**FILED**

**May 2, 2016**

TN COURT OF
WORKERS' COMPENSATION
CLAIMS

Time: 7:15 AM



# TENNESSEE BUREAU OF WORKERS' COMPENSATION
## COURT OF WORKERS' COMPENSATION CLAIMS
## AT CHATTANOOGA

| | | |
|---|---|---|
| Timothy Orr, | ) | Docket No.: 2015-01-0443 |
| Employee, | ) | |
| v. | ) | State File No.: 88584-2015 |
| | ) | |
| Renfroe Corporation, | ) | Judge Thomas Wyatt |
| Employer, | ) | |
| v. | ) | |
| Sentry Ins. Co., | ) | |
| Carrier. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the undersigned Workers' Compensation Judge, telephonically, on April 29, 2016, for a Show Cause Hearing. Timothy Orr, the employee, represented himself and Attorney Jim Sauter represented the employer, Renfroe Corporation, during the hearing.

Mr. Orr stated he had returned to work for the employer. He told the Court the dispute over the payment of medical bills that led him to file this claim was resolved when his private health insurance carrier paid for most of the disputed bills in dispute. Mr. Orr asserted he wished to dismiss his claim and had no intent to pursue it further.

The Court advised Mr. Orr his request for a dismissal would be with prejudice and explained that a dismissal with prejudice meant the Court would again dismiss the claim if he refiled it. Mr. Orr expressed understanding and restated his intent to dismiss his claim.

On the basis of Mr. Orr's stated intent to dismiss his claim, the Court dismisses this claim with prejudice to the later refiling thereof. The Court taxes the $150 filing fee in this claim to Renfroe Corporation and/or its workers' compensation carrier pursuant to Rule 0800-02-21-.07 of the Tennessee Compilation Rules and Regulations (2015). Renfroe Corporation or its carrier shall promptly remit the filing fee to the Clerk of the Court of Workers' Compensation Claims.

IT IS SO ORDERED.

ENTERED this the 2nd day of May, 2016.

_____
Judge Thomas Wyatt
Court of Workers' Compensation Claims

Right to Appeal:

Tennessee Law allows any party who disagrees with this Dismissal Order to appeal the decision to the Workers' Compensation Appeals Board. To file a Notice of Appeal, you must:

1.      Complete the enclosed form entitled: "Compensation Hearing Notice of Appeal."

2.      File the completed form with the Court Clerk within thirty days of the date the Compensation Order was entered by the Workers' Compensation Judge. See Tenn. Comp. R. & Regs. 0800-02-22-.01(1)(b).

3.      Serve a copy of the Request For Appeal upon the opposing party.

4.      The appealing party is responsible for payment of a filing fee in the amount of $75.00. Within ten calendar days after the filing of a notice of appeal, payment must be received by check, money order, or credit card payment. Payments can be made in person at any Bureau office or by United States mail, hand-delivery, or other delivery service. In the alternative, the appealing party may file an Affidavit of Indigency, on a form prescribed by the Bureau, seeking a waiver of the filing fee. The Affidavit of Indigency may be filed contemporaneously with the Notice of Appeal or must be filed within ten calendar days thereafter. The Appeals Board will consider the Affidavit of Indigency and issue an Order granting or denying the request for a waiver of the filing fee as soon thereafter as is practicable. Failure to timely pay the filing fee or file the Affidavit of Indigency in accordance with this section shall result in dismissal of the appeal.

5.      After the Workers' Compensation Judge approves the record and the Court Clerk transmits it to the Workers' Compensation Appeals Board, the appeal will be docketed and assigned to an Appeals Board Judge for Review. At that time, a docketing notice shall be sent to the parties. Thereafter, the parties have fifteen

calendar days to submit briefs to the Appeals Board for consideration. See Tenn. Comp. R. & Regs. 0800-02-22-.02(3).

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Order of Dismissal was sent to the following recipients by the following methods of service on this the 2nd day of May, 2016.

| Name | Certified Mail | Via Email | Service sent to: |
|---|---|---|---|
| Timothy Orr, Self-Represented | X | | c/o Mr. Timothy Orr, 238 County Road 792, Etowah, TN 37331 |
| Jim Saulter, Attorney | | X | jsaulter@morganakins.com |

Penny Shrum, Clerk of Court
Court of Workers' Compensation Claims
WC.CourtClerk@tn.gov